IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE W. KENDRICK                                                           PETITIONER

       v.                         Civil No. 08-5152

JUDGE STANLEY LUDWIG; and
WARDEN JOHN A. MAPLES                                                          RESPONDENTS

## ORDER

    Catherynne W. Kendrick, a prisoner of the McPherson Unit of the Arkansas Department of Correction, has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Ms. Kendrick has failed to submit an application to proceed *in forma pauperis* (IFP) or the $ 5.00 filing fee.  The **clerk is directed to mail Ms. Kendrick an IFP application. Ms. Kendrick is given until July 21st to return the IFP application or pay the filing fee.  Ms. Kendrick is advised that if she fails to complete, sign, and return the IFP application or pay the filing fee by July 21st this case will become subject to summary dismissal.**  The clerk is directed to file the petition.  The matter of service will be determined at a later date.

    IT IS SO ORDERED this 1st day of July 2008.

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)