IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARHERYNNE W. KENDRICK                                    PETITIONER

      v.                  CIVIL NO.   5:08-CV-05152-JLH

STANLEY LUDWIG, and
JOHN A. MAPLES                                           RESPONDENT

O R D E R

Petitioner, a prisoner of the Arkansas Department of Correction, Delta regional Unit, Dermott, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. The Petitioner was directed to complete an IFP application and to file it by July 21, 2008.  The Petitioner has failed to complete the IFP application in the present case but did present a proper IFP application in a companion case.  (See Kendrick v. Thomas, 5:08-CV-05151-JLH)  Based upon the application in the companion case it appears the Petitioner  is unable to pay the cost for commencement of suit, the following order is entered this 25th day of July 2008:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition nunc pro tunc as of June 24, 2008. The matter of service will be determined at a later date.

IT IS SO ORDERED this July 24, 2008.

*/s/ J. Marschewski*
James R. Marschewski
United States Magistrate Judge