**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CATHERYNNE W. KENDRICK**                                                  **PLAINTIFF**

**v.**                      **Civil No. 5:08-cv-05152**

**JUDGE STANLEY LUDWIG and**
**WARDEN JOHN A. MAPLES**                                         **DEFENDANTS**

## O R D E R

Now on this 29th day of August, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed July 28, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's habeas corpus petition is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren**
                                                   **HON. JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**