```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CATHERYNNE W. KENDRICK                                PETITIONER

    v.                        No. 08-5152

JUDGE STANLEY LUDWIG, et al.                          RESPONDENTS

## ORDER

On August 29, 2008, the Court entered an order (Doc. 6) adopting the Report and Recommendation (Doc. 5) filed in this case on July 28, 2008, and dismissed the petitioner's 28 U.S.C. § 2241 petition.

On September 17, 2008, the petitioner filed a **Motion for Reconsideration (Doc. 7)**, requesting the Court to consider her objections (attached to the motion) to the Report and Recommendation. Upon due consideration, the petitioner's **Motion (Doc. 7) is GRANTED** and the Court will consider the petitioner's objections.

The Court has reviewed the petitioner's objections and has considered this case *de novo.* The Court finds that the petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation. Accordingly, the Court reaffirms its prior ruling adopting the Report and Recommendation and dismissing the petitioner's § 2241 petition.

IT IS SO ORDERED this 21st day of October, 2008.

```
                          /S/JIMM LARRY HENDREN
                          JIMM LARRY HENDREN
                          UNITED STATES DISTRICT JUDGE
```